MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA RODRIGUEZ SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff
CARL EDWARDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EDWARDS, Individually, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>CITY OF VALLEJO, a public entity, VALLEJO CHIEF OF POLICE ANDREW BIDOU, in his individual and official capacities, VALLEJO POLICE OFFICERS SPENCER MUNIZ-BOTTOMLEY, MARK THOMPSON, BRETTON WAGONER, SERGEANT STEVE DARDEN, and DOES 1 through 10, individually, jointly and severally, <br><br>　　　　　Defendants. | No: 2:18-cv-02434-MCE-AC <br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER RE: OFFICER CITIZEN COMPLAINT** |

The parties, by and through their counsel of record, hereby stipulate and agree to the following:

1. This is a civil rights case involving allegations of unreasonable seizure, excessive force, unlawful arrest, and malicious prosecution of Plaintiff, Carl Edwards, against multiple City of Vallejo police officers, *Monell* and supervisory liability claims against the City of Vallejo and its former police chief, and related state law claims.

2. In an amended response to Plaintiff's Request for Production of Documents, the City of Vallejo agreed to produce the Defendant officers' citizen complaint records, except as to a citizen complaint concerning allegations of excessive force by one of the defendant officers involving the arrest of a minor. The investigatory records related to the citizen complaint include, among other things, photographs of the minor, a copy of the police report and arrest record for the incident underlying the citizen complaint. The City of Vallejo believes the records are prohibited from disclosure pursuant to California Welfare & Institutions Code § 827.9.

3. While Plaintiff recognizes the sensitive nature and privacy expectation involved in records pertaining to minors, the citizen complaint involving the minor is relevant to Plaintiff's allegations against the defendant officer for excessive use of force and its *Monell* claim against the City of Vallejo.

4. If permitted by court order, the Defendants are agreeable to producing the complete Internal Affairs investigation records related to the citizen complaint involving the minor, and subject to the parties' existing Protective Order (Docs. 19, 20).

5. Plaintiff agrees that the records will only be used in connection with this case and for no other purposes, pursuant to the above Protective Order.

IT IS SO STIPULATED.

DATED: June 12, 2019                    HADDAD & SHERWIN LLP

*/s/ Teresa Allen*

TERESA ALLEN
Attorneys for Plaintiff


DATED: June 11, 2019                    CITY OF VALLEJO

*/s/ Katelyn M. Knight*

KATELYN M. KNIGHT
Deputy City Attorney
Attorney for Defendants

No: 2:18-cv-02434-MCE-AC: STIPULATION AND (PROPOSED) ORDER RE: OFFICER CITIZEN COMPLAINT

3

**~~PROPOSED~~ ORDER**

Pursuant to the above stipulation and California Welfare & Institutions Code § 827.9, Defendants are hereby ordered to disclose the identified records to Plaintiff's counsel. Such records are confidential and subject to the Protective Order in this case and may not be used for any other purpose.

SO ORDERED.

DATED: June 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE