MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff
CARL EDWARDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EDWARDS, Individually,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF VALLEJO, a public entity, VALLEJO CHIEF OF POLICE ANDREW BIDOU, in his individual and official capacities, VALLEJO POLICE OFFICERS SPENCER MUNIZ-BOTTOMLEY, MARK THOMPSON, BRETTON WAGONER,  SERGEANT STEVE DARDEN, and DOES 1 through 10, individually, jointly and severally,<br><br>        Defendants. | No: 2:18-cv-02434-MCE-AC<br><br>**STIPULATION AND ORDER FOR PARTIAL DISMISSAL** |

All parties, by and through their respective counsel of record, hereby stipulate and agree to the partial dismissal of this case as follows:

1. All claims against former Vallejo Chief of Police Andrew Bidou are hereby dismissed from this matter with prejudice, with all parties to bear their own costs and attorneys' fees incurred as a result of these claims;

2. Plaintiff's federal municipal liability (*Monell*) claim against the City of Vallejo is hereby dismissed from this matter with prejudice, with all parties to bear their own costs and attorneys' fees incurred as a result of this claim.

Plaintiff's state law claims against Defendant City of Vallejo shall proceed. All remaining claims against other Defendants in this matter shall proceed.

This partial dismissal will save the parties' and Court's resources by eliminating the need for motion practice and/or pretrial preparation as to the agreed dismissed claims.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 7, 2020                    HADDAD & SHERWIN LLP

                                          */s/ Teresa Allen*
                                          ―――――――――――――
                                          TERESA ALLEN
                                          Attorneys for Plaintiff

DATED: January 7, 2020                    CITY OF VALLEJO

                                          */s/ Katelyn M. Knight*
                                          ―――――――――――――
                                          KATELYN M. KNIGHT
                                          Deputy City Attorney
                                          Attorney for Defendants

# ORDER

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. All claims against former Vallejo Chief of Police Andrew Bidou are DISMISSED from this matter with prejudice, with all parties to bear their own costs and attorneys' fees incurred as a result of these claims; and

2. Plaintiff's federal municipal liability (*Monell*) claim against the City of Vallejo is DISMISSED from this matter with prejudice, with all parties to bear their own costs and attorneys' fees incurred as a result of this claim.

Plaintiff's state law claims against Defendant City of Vallejo shall proceed. All remaining claims against other Defendants in this matter shall proceed.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE