1  RANDY J. RISNER
   Interim City Attorney, SBN 172552
2  BY:  KATELYN M. KNIGHT
3  Deputy City Attorney, SBN 264573
   CITY OF VALLEJO, City Hall
4  555 Santa Clara Street, 3rd Floor
   Vallejo, CA  94590
5  Tel: (707) 648-4545
6  Fax: (707) 648-4687
   Email:  katelyn.knight@cityofvallejo.net
7

8  Richard W. Osman, Esq., SBN 167993
   Bertrand, Fox, Elliot, Osman & Wenzel
9  2749 Hyde Street
10 San Francisco, CA 94109
   Tel: (415) 353-0999
11 Fax: (415) 353-0990
   Email: rosman@bfesf.com
12

13 Attorneys for Defendants, CITY OF VALLEJO,
   STEVE DARDEN, SPENCER BOTTOMLEY,
14 MARK THOMPSON, and BRETTON WAGONER

15                **UNITED STATES DISTRICT COURT**

16            **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

17

| CARL EDWARDS, Individually, | Case No.: 2:18-cv-02434-MCE-AC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST TO EXTEND TIME TO DISCLOSE EXPERTS AND EXCHANGE EXPERT REPORTS; ORDER** |
| CITY OF VALLEJO, a public entity, VALLEJO CHIEF OF POLICE ANDREW BIDOU, in his individual capacity, VALLEJO POLICE OFFICERS SPENCER MUNIZ-BOTTOMLEY, MARK THOMPSON, BRETTON WAGONER, SERGEANT STEVE DARDEN, and DOES 1 through 10, individually, jointly and severally, | |
| Defendants. | |

STIPULATED REQUEST TO EXTEND TIME TO DISCLOSE EXPERTS AND EXCHANGE EXPERT REPORTS; ORDER  -  Case No. 2:18-cv-02434-MCE-AC

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff CARL EDWARDS and defendants CITY OF VALLEJO, SPENCER BOTTOMLEY, MARK THOMPSON, BRETTON WAGONER AND STEVE DARDEN, hereby stipulate as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-captioned matter that the parties respectfully request the Court issue an order continuing the date for disclosure of expert witnesses and exchange of expert reports from April 17, 2020 to May 8, 2020.

Good cause exists for the requested continuance. On March 19, 2020 Richard W. Osman associated into this case as lead trial counsel for all defendants.  In the same timeframe, the City and County of San Francisco issued a shelter in place order due to the COVID-19 pandemic. While preparation of this case is moving forward in the face of the shelter in place order, communication with clients and retained experts has been made more difficult and necessitates, at least in the case of defendants, a short extension of time to complete the necessary expert disclosures.  Counsel for the parties met and conferred and agreed to request a short three-week extension of time to complete the expert disclosures.

This is the first request to continue the expert discovery deadlines. This extension will not affect any other dates previously set by the Court.

IT IS SO STIPULATED AND REQUESTED THROUGH THE PARTIES COUNSEL OF RECORD.

Dated: April 10, 2020         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard Osman*
Richard W. Osman
Attorney for Defendants, CITY OF VALLEJO, STEVE DARDEN, SPENCER BOTTOMLEY, MARK THOMPSON, and BRETTON WAGONER

Dated: April 10, 202              HADDAD & SHERWIN, LLP

/s/ *Michael Haddad*_____
Michael Haddad
Attorney for Plaintiff, CARL EDWARDS

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: April 10, 2020             BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard Osman*_____
Richard W. Osman
Attorney for Defendants, CITY OF VALLEJO, STEVE DARDEN, SPENCER BOTTOMLEY, MARK THOMPSON, and BRETTON WAGONER

### ORDER

The Court having received and considered the stipulations between all named parties in the case, and the Court having found good cause therefor, **IT IS HEREBY ORDERED THAT**:

The date for disclosure of expert witnesses and exchange of expert reports is continued from April 17, 2020 to May 8, 2020.

IT IS SO ORDERED.

Dated:  April 28, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE