RANDY J. RISNER
Interim City Attorney, SBN 172552
BY:  KATELYN M. KNIGHT
Deputy City Attorney, SBN 264573
CITY OF VALLEJO, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No.  278292
Henry B. Bernstein, State Bar No. 313730
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      rosman@bfesf.com
            scrawford@bfesf.com
            hbernstein@bfesf.com

Attorneys for Defendants
CITY OF VALLEJO, SPENCER MUNIZ-BOTTOMLEY,
MARK THOMPSON, BRETTON WAGONER,
and STEVE DARDEN

Michael J. Haddad, State Bar No. 189114
Julia Sherwin, State Bar No. 189268
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510
Email:      Michael.julia@haddadsherwin.com

Attorneys for Plaintiff
CARLOS EDWARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS EDWARDS, Individually,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a public entity, VALLEJO CHIEF OF POLICE ANDREW BIDOU, in his individual capacity, VALLEJO POLICE OFFICERS SPENCER MUNIZ-BOTTOMLEY, MARK THOMPSON, BRETTON WAGONER, SERGEANT STEVE DARDEN, and DOES 1 through 10, individually, jointly and severally,<br><br>    Defendants. | Case No. 2:18-cv-02434-MCE-AC<br><br>**STIPULATED REQUEST TO CONTINUE DATE TO FILE DISPOSITIVE MOTIONS; ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff CARL EDWARDS and defendants CITY OF VALLEJO, SPENCER BOTTOMLEY, MARK THOMPSON, BRETTON WAGONER AND STEVE DARDEN, hereby stipulate as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-captioned matter that the parties respectfully request the Court issue an order continuing the last day to file dispositive motions from August 28, 2020 to October 30, 2020.

Good cause exists for the requested continuance. Counsel for the parties met and conferred and agreed to engage in mediation. The parties selected a mediator and mediation is scheduled for September 30, 2020. The requested continuance will avoid incurring possibly unnecessary attorney's fees and costs associated with filing a dispositive motion by the current deadline.

This is the third request to modify the deadline to file dispositive motions. Because no trial date has been set, the requested continuance will not affect any other dates previously set by the Court.

IT IS SO STIPULATED AND REQUESTED THROUGH THE PARTIES COUNSEL OF RECORD.

Dated: August 20, 2020           BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                 */s/ Richard Osman*_____
                                 Richard W. Osman
                                 Attorney for Defendants, CITY OF VALLEJO, STEVE DARDEN, SPENCER BOTTOMLEY, MARK THOMPSON, and BRETTON WAGONER

Dated: August 20, 2020           HADDAD & SHERWIN, LLP

                                 */s/ Michael Haddad*_____
                                 Michael Haddad
                                 Attorney for Plaintiff, CARL EDWARDS

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: August 20, 2020            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard Osman*
Richard W. Osman
Attorney for Defendants, CITY OF VALLEJO, STEVE DARDEN, SPENCER BOTTOMLEY, MARK THOMPSON, and BRETTON WAGONER

**ORDER**

The Court having received and considered the stipulations between all named parties in the case, and the Court having found good cause therefor, **IT IS HEREBY ORDERED THAT**:

The deadline to file dispositive motions is continued from August 28, 2020 to October 30, 2020.

IT IS SO ORDERED.

Dated: August 21, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE