MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

CARL EDWARDS,

             Plaintiff,

vs.

CITY OF VALLEJO, a public entity,
VALLEJO CHIEF OF POLICE
ANDREW BIDOU, in his individual and
official capacities, VALLEJO POLICE
OFFICERS SPENCER MUNIZ-
BOTTOMLEY, MARK THOMPSON,
BRETTON WAGONER, SERGEANT
STEVE DARDEN, and DOES 1 through
10, individually, jointly and severally,

             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No: 2:18-cv-02434-MCE-AC

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

No.: 2:18-cv-02434-MCE-AC: STIP AND ORDER OF DISMISSAL WITH PREJUDICE

1    IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned

2    counsel, that pursuant to the settlement between the parties in this matter, the above-captioned

3    action be dismissed with prejudice in its entirety as to all claims and causes of action, with all

4    parties to bear their own costs and attorneys' fees.

5

6    DATED: December 29, 2020              HADDAD & SHERWIN LLP

7

8                                         /s/ Julia Sherwin
                                          JULIA SHERWIN
9                                         Attorneys for Plaintiff

10

11   DATED: December 29, 2020             BERTRAND, FOX, ELLIOT, OSMAN, &WENZEL

12

13                                         /s/ Richard W. Osman
                                          RICHARD W. OSMAN
14                                        Attorneys for Defendants

.

15

16                                   **ORDER**

17   PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY

18   ORDERED that this matter be DISMISSED with prejudice in its entirety.  All parties shall bear

19   their own costs and attorneys' fees, and the Clerk of the Court is directed to close the case.

20   IT IS SO ORDERED.

21   Dated:  January 7, 2021

22

23   _____

24   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

25

26

27

28

No.: 2:18-cv-02434-MCE-AC: STIP AND ORDER OF DISMISSAL                                    1